IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARVIN L. REEVES,**
**ADC #119838**                                                                                      **PLAINTIFF**

V.                            CASE NO. 5:19-CV-179-KGB-BD

**TRACY TAYLOR**                                                                                **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Mr. Reeves may file written objections to this Recommendation if he disagrees with its findings or conclusion. If objections are filed, they should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Reeves may waive any right to appeal questions of fact.

**II.**  **Discussion:**

Eric Lee Hall filed this civil rights lawsuit without the help of a lawyer on behalf of himself, Mr. Reeves, and Kenneth Moore. Each individual was provided an opportunity to litigate their claims in separate lawsuits. (Docket entry #1) Because Mr. Reeves did not file a complete *in forma pauperis* (IFP) application or pay the $350

statutory filing fee, however, the Court ordered him to do one or the other within thirty days of May 30, 2019. (#2) In the May 30 Order, the Court specifically cautioned Mr. Reeves that his claims could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement. (#2)

As of this date, Mr. Reeves has neither filed an updated IFP application nor paid the filing fee, as ordered. The time to do so has expired.

### III.   Conclusion:

The Court recommends that Mr. Reeves's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 30, 2019 Order and his failure to prosecute this lawsuit.

DATED this 8th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE