THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARVIN L. REEVES, ADC #119838**                                    **PLAINTIFF**

**v.**                      **Case No. 5:19-cv-00179-KGB**

**TRACY TAYLOR, Deputy, Dub Brassell Detention Center**                **DEFENDANT**

**ORDER**

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 3). In her Recommended Disposition, Judge Deere recommends that plaintiff Marvin L. Reeves' complaint be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendation.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 3). It is ordered that Mr. Reeves' complaint be dismissed without prejudice.

It is so ordered this 22nd day of January, 2020.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge