THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARVIN L. REEVES, ADC #119838**                                   **PLAINTIFF**

**v.**                  **Case No. 5:19-cv-00179-KGB**

**TRACY TAYLOR, Deputy, Dub Brassell Detention Center**          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Marvin L. Reeves' complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 22nd day of January, 2020.

_____
Kristine G. Baker
United States District Judge